**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:   RICHARD LEWIS PHILLIPS,** | : | Case No. 12-53138 |
| **SHIRLEY ANNE PHILLIPS,** | : | |
| | : | Chapter 13 |
| | : | |
| Debtors. | : | Judge John E. Hoffman Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor SHIRLEY ANNE PHILLIPS by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

SHIRLEY ANNE PHILLIPS
4717 Firetower Road
Sugar Grove, OH 43155

Respectfully submitted,

Dated: 29 June 2016

*/s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com