**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **RICHARD LEWIS PHILLIPS,** | : | Case No. 12-53138 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

   Now comes Debtor RICHARD LEWIS PHILLIPS by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

RICHARD LEWIS PHILLIPS
518 Shoshone Drive
Lancaster, OH 43130-2863

Respectfully submitted,

Dated: 10 June 2017

/s/ *Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.: 614.444.5290
Fax: 614.444.4446
markalbertherder@yahoo.com